UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Property and Casualty Insurance Company of Hartford, | ) ) ) | Case No. 11-00381 (PAM-FLN) |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| Melinda Sue Raske and Kevin A. Raske, | ) ) ) ) | |
| Defendants. | ) ) | |

_____

This matter was heard on July 21, 2011, on Plaintiff Property and Casualty Insurance Company of Hartford's Motion for Default Judgment.

The Court, having reviewed the memoranda submitted by the parties, as well as the affidavits, pleadings and proceedings, grants Plaintiff's Motion.

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion for Default Judgment (Docket No. 5) is **GRANTED**;

2. Default shall be entered against Defendants Melinda Sue Raske and Kevin A. Raske, under Federal Rule of Civil Procedure 55(a);

3. Default judgment shall be entered against Defendants Melinda Sue Raske and Kevin A. Raske, under Federal Rule of Civil Procedure 55(b)(2);

4. Neither Melinda Sue Raske nor Kevin A. Raske is entitled to coverage or a defense from Property and Casualty Insurance Company of Hartford for any of the claims in the lawsuit captioned <u>Deborah Creech and Hollis Ann Sanders v.</u>

<u>Melinda Sue Raske and Kevin Raske and Lydaa Agatha Gusa a/k/a Gaye Gusa</u>, Case No. 562009CA003919, (St. Lucie County, FL) (the "Creech Lawsuit"); and

5. Neither Melinda Sue Raske nor Kevin A. Raske is entitled to indemnity from Property and Casualty Insurance Company of Hartford for any damages for which they may be held liable in connection with the Creech Lawsuit.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: <u>July 21, 2011</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge